No. 90–7807. WILSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7849. THOMAS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–7859. CLEMONS *v.* ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 90–7862. DONATI *v.* MORRIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–7867. HENSON-EL *v.* ROGERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–7868. MINK *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 90–7872. MATTHEWS, AKA BROWN *v.* JOLLY ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–7874. HOLBROOK *v.* HURT, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 90–7875. RAMOS, A MINOR, REPRESENTED BY HER MOTHER, KEECH, ET AL. *v.* CITY OF YORK, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–7876. BROYLES *v.* ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 90–7877. SEGOVIA *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 90–7878. BILLINGS *v.* SECRETARY OF LABOR ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–7879. ROBINSON *v.* STIFTEL ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–7883. LEONARD *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.